# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

         *Plaintiff,*

v.                                            Case No. 0:22-cr-00348-JNE-LIB(Dft 1)

Gale Allen Rachuy,

         *Defendant.*

**ARREST WARRANT**

**RECEIVED FEB 07 2024**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Gale Allen Rachuy,

who is accused of an offense or violation based on the following document filed with the court:
( ) Order of Court
( ) Indictment  ( ) Superseding Indictment  ( ) Information  ( ) Superseding Information  ( ) Complaint
( ) Probation Violation Petition  ( ) Supervised Release Violation Petition  (X) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date: February 2, 2024

_Kate M. Fogarty, Clerk of Court_

City and state: Minneapolis, MN

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

ARRESTED ON 2/6/2024
ARRESTED BY Anoka Co SO — To begin serving of Federal Sentence
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY: [signature]

*Arresting officer's signature*

SCANNED FEB 08 2024 U.S. DISTRICT COURT MPLS

*Printed name and title*